THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile:  (415) 276-6599
Email: thomasburke@dwt.com

SHONTEE M. PANT (State Bar No. 344797)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8088
Facsimile:  (206) 757-7088
Email: shonteepant@dwt.com

Attorneys for Plaintiff
PETER BYRNE


CRAIG H. MISSAKIAN (CABN 12502)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6488
FAX: (415) 436-6748
kelsey.helland@usdoj.gov

Attorneys for Federal Defendants
NATIONAL PARK SERVICE and
U.S. DEPARTMENT OF THE INTERIOR

## IN THE UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER BYRNE,<br><br>              Plaintiff,<br><br>       v.<br><br>NATIONAL PARK SERVICE and<br>UNITED STATES DEPARTMENT OF<br>THE INTERIOR,<br><br>              Defendants. | Case No. 3:23-cv-04512-TSH (LJC)<br><br>**STIPULATION AND  ORDER TO<br>CONTINUE SETTLEMENT<br>CONFERENCE**<br><br>Judge:            Hon. Thomas S. Hixson<br>Settlement Judge:  Hon. Lisa J. Cisneros<br><br>Action Filed:  August 31, 2023 |

Pursuant to Civil Local Rules 6-2 and 7-12 and the Settlement Conference Standing Order for Magistrate Judge Lisa J. Cisneros, the Parties to the above-entitled action respectfully submit this Stipulation to continue the Settlement Conference currently set for September 3, 2025, to **September 19, 2025**.

In support of this request, the Parties state the following:

The Assistant United States Attorney who has represented Defendants throughout this litigation, Christopher F. Jeu, is departing the United States Attorney's Office. The matter was recently reassigned to undersigned counsel for Defendants, Assistant United States Attorney Kelsey J. Helland. *See* Dkt. No. 50.

AUSA Helland has a previously scheduled medical procedure for a member of his family scheduled for September 3, 2025, and as a result he will not be available for a settlement conference on that date. In addition, having recently been reassigned the matter, AUSA Helland believes he will more effectively be able to participate in settlement negotiations if he has additional time to review the case file and familiarize himself with the record.

The Parties have met and conferred regarding the requested relief and reviewed the Court's calendar, and jointly propose **September 19, 2025**, as a date that all Parties and the Court are available. Shontee M. Pant will attend the September 19, 2025 settlement conference on behalf of Plaintiff Peter Byrne. As counsel for Mr. Byrne discussed with the Court on July 31, 2025, and as counsel for Mr. Byrne understood the Court to agree, Mr. Byrne need not attend the settlement conference as his counsel has represented him pro bono and any fees awarded to Mr. Byrne are payable to Davis Wright Tremaine LLP.

//

1    This is the Parties' first request to continue the Settlement Conference.  The Court

2   previously continued the Initial Case Management Conference eleven times.  *See* Dkt. Nos. 14,

3   17, 23, 25, 27, 29, 31, 33, 36, 38, 41.

4

5   Respectfully submitted,

6                                                DAVIS WRIGHT TREMAINE LLP

7                                                */s/ Shontee M. Pant*

8                                                THOMAS R. BURKE
                                                 SHONTEE M. PANT

9
                                                 Attorneys for Plaintiff
10                                               PETER BYRNE

11

12                                               CRAIG H. MISSAKIAN
                                                 United States Attorney
13

14                                               */s/ Kelsey J. Helland*[1]
                                                 KELSEY J. HELLAND
15                                               Assistant United States Attorney

16                                               Attorneys for Federal Defendants
                                                 National Park Service and
17                                               United States Department of the Interior

18

19

20

21

22

23

24

25

26

27

28   [1] In compliance with Civil Local Rule 5-1(i), the filer of this document attests under penalty of
     perjury that counsel for Plaintiff Peter Byrne has concurred in the filing of this document.

     STIPULATION & ORDER Case No.                       2
     3:23-cv-04512-TSH

1

**ORDER**

2

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

3

4

5

Dated: August 21, 2025

_____

6

The Honorable Lisa J. Cisneros
United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2